UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EUGENE E. ANDREYEV,<br><br>    Plaintiff,<br><br>    v.<br><br>AMY VAN, et al.,<br><br>    Defendants. | No.  2:23-cv-01403-DJC-CKD PS<br><br><u>ORDER DIRECTING SERVICE</u> |

   Plaintiff, Eugene E. Andreyev, proceeds without counsel and seeks relief for an alleged violation of his federal civil rights based on the seizure of his vehicle.[1] By findings and recommendations issued separately, the undersigned screened plaintiff's second amended complaint filed on February 1, 2024, and determined it stated a cognizable claim under 42 U.S.C. § 1983 for a violation of plaintiff's rights under the Fourth Amendment. By this order, the court orders service of the second amended complaint (ECF No. 6) on the defendants.

   For the reasons set forth above, IT IS ORDERED as follows:

   1.   Service of the complaint is appropriate for Officer Klockenbrink, Officer Jackson, and Chief Turcotte, of the Citrus Heights Police Department.

---

[1] This matter is before the undersigned pursuant to Local Rule 302(c)(21). <u>See</u> 28 U.S.C. § 636(b)(1).

1

2. The Clerk of Court shall issue process pursuant to Rule 4 of the Federal Rules of Civil Procedure. The Clerk shall send to plaintiff (i) one copy of this order, (ii) one summons and one USM-285 form (with related documents) for each defendant; (iii) one copy of the Consent/Decline form for each named party; and (iv) a copy of the court's order setting status conference;

3. Within 30 days from the date of this order, plaintiff shall supply the U.S. Marshal (501 I Street, 5th Floor, Sacramento, CA 95814) all information needed to effectuate service of process. To do so, the U.S. Marshal will require:

    a. <u>For *each* defendant to be served</u>: (i) a copy of this order, (ii) a completed summons and completed USM-285 form, (iii) a Consent/Decline form, and (iv) a copy of the complaint and court's order setting status conference;

    b. <u>For the U.S. Marshal</u>: an extra copy of the complaint;

4. Within 10 days of submitting the documents to the U.S. Marshal, plaintiff shall file a statement with the court indicating the Marshal has the documents;

5. The U.S. Marshal shall serve process—including copies of this court's scheduling order and Consent/Decline forms for each defendant—within 90 days of receipt of the required information from plaintiff, without prepayment of costs;

6. If defendant waives service, defendant is required to return the signed waiver to the U.S. Marshal. The filing of an answer or a responsive motion does not relieve defendant of this requirement, and the failure to return the signed waiver may subject defendant to an order to pay the costs of service by the U.S. Marshal; and

7. Failure to comply with this order may result in any appropriate sanctions, including monetary sanctions and/or dismissal of the action pursuant to Federal Rule of Civil Procedure 41(b).

Dated: February 13, 2024

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

8
Andreyev23cv1403.serv.2ac