UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EUGENE E. ANDREYEV,<br><br>        Plaintiffs,<br><br>    v.<br><br>AMY VAN,<br><br>        Defendants. | No. 2:23-cv-01403 DJC CKD (PS)<br><br><br>ORDER |

      This matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21). On February 13, 2023, the Magistrate Judge filed findings and recommendations herein which contained notice that any objections to the findings and recommendations were to be filed within fourteen days. (ECF No. 8.) Plaintiff has not filed objections to the findings and recommendations.

      In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a review of this case. Having carefully reviewed this matter, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

      Accordingly, IT IS HEREBY ORDERED as follows:

      1. The findings and recommendations filed February 13, 2023 (ECF No. 8), are adopted in full.

2. Plaintiff's claims alleging due process and equal protection violations under the Fourteenth Amendment are dismissed without further leave to amend.
3. Plaintiff's claims against defendant Van are dismissed without further leave to amend.
4. This matter is referred back to the Magistrate Judge for further pretrial proceedings.

IT IS SO ORDERED.

Dated:  **March 28, 2024**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

8
andreyev23cv1402.jo